HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
YAHYA Z, YAGHMOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00164-JLT-SKO |
| --- | --- |
| Plaintiff, | Case No. 1:25-cr-00165-JLT-SKO |
| vs. | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| YAHYA Z. YAGHMOUR, | |
| Defendant. | |

    Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Yahya Yaghmour, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

///

DATED: November 14, 2025  /s/ Yahya Yaghmour
YAHYA YAGHMOUR
Defendant

DATED: November 14, 2025  /s/ Christina M. Corcoran
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for YAHYA YAGMOUR

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **November 17, 2025**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE