HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
YAHYA Z. YAGHMOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YAHYA Z. YAGHMOUR,<br><br>Defendant. | Case No.  1:25-cr-00164-JLT-SKO<br>         1:25-cr-00165-JLT-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE;  ORDER** |

Plaintiff United States of America, by and through its counsel of record, and defendant Yahya Z. Yaghmour, by and through defendant's counsel of record, hereby stipulate that the defendant's conditions of release may be modified to remove the location monitoring and curfew conditions.  *See* 25-cr-00164-JLT-SKO, Dkt. # 23, at 2 (condition (m), as modified by Dkt. # 25); 25-cr-00165, Dkt. # 14, at 2 (condition (m), as modified by Dkt. # 16).

On August 18, 2025, the Court released Mr. Yaghmour on conditions.  *See* 26-cr-164-JLT-SKO, Dkt. 23 (Amended Order Setting Conditions of Release); 26-cr-165-JLT-SKO, Dkt. # 14 (same). On August 26, 2025, the parties filed a stipulation to replace the home incarceration requirement with a curfew requirement—which the Court had indicated would be appropriate once Mr. Yaghmour secured employment.  *See* 26-cr-164-JLT-SKO, Dkt. 24 (Stipulation and Proposed Order for Modification of Conditions); 26-cr-165-JLT-SKO, Dkt. # 15 (same). The Court modified Mr. Yaghmour's conditions as requested.  *See* 26-cr-164-JLT-SKO, Dkt. 25 (Signed Order

Modifying Conditions); 26-cr-165-JLT-SKO, Dkt. # 16 (same).

Over the last six months, Mr. Yaghmour has been in full compliance with all of the conditions of his release, including the location monitoring and curfew requirements.  As such, Mr. Yaghmour's supervising Pretrial Services Officer, Frank Guerrero, has no objection to the proposed modification.

In light of the above, the parties request that Mr. Yaghmour's conditions be modified to remove the location monitoring and curfew conditions.  All other previously ordered conditions remain in full force and effect.

Respectfully Submitted,

DATED:  February 12, 2026

/s/ Christina M. Corcoran
CHRISTINA M. CORCORAN
Counsel for Yahya Z. Yaghmour

DATED:  February 12, 2026

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

**ORDER**

The Court hereby modifies the Amended Order Setting Conditions of Pretrial Release for Yahya Z. Yaghmour—Case # 25-cr-00164-JLT-SKO, Dkt. # 23, as modified by Dkt. # 25, and Case # 25-cr-00165, Dkt. # 14, as modified by Dkt. # 16—to remove the Location Monitoring program and curfew requirements.  All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:  **February 12, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Yaghmour – [Proposed] Order and Stipulation
to Modify Conditions of Release

-2-