HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
YAHYA YAGHMOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>YAHYA YAGHMOUR,<br>Defendant. | Case Nos. 1:25-cr-00165-JLT-SAB<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Yahya Yaghmour, that the Court may continue the sentencing hearing from October 26, 2026 to December 7, 2026.

The requested continuance is necessary for defense preparation and investigation, including targeted review and resubmission of voluminous medical records and evaluation of recent changes to federal firearm registration requirements.

Counsel for the government and Probation have no objection to the requested change of date.

/ / /

/ / /

/ / /

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: October 22, 2026

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 22, 2026

*/s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
YAHYA YAGHMOUR

**O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for October 26, 2026, to December 7, 2026.

IT IS SO ORDERED.

Dated: October 23, 2026

UNITED STATES DISTRICT JUDGE